UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION

WILLIS DONALD LOFTON, and
KAREN LOFTON, As Guardians of
Christopher Ashley, A Minor, The Wrongful
Death Beneficiary of
Donna Kaye Ashley, Deceased                              PLAINTIFF


VERSUS                            CIVIL ACTION NO. 5:07cv80-DCB-JMR


ADAMS COUNTY, MISSISSIPPI,
A Political Subdivision Operating the
Adams County Sheriff's Department;
RONNY BROWN, In his Official Capacity
As Sheriff; and JOHN DOES 1 through 5           DEFENDANTS


FINAL JUDGMENT

This cause having come before the Court on defendants' Motion for Summary Judgment, and the Court having granted summary judgment as to plaintiff's claims arising under 42 U.S.C. § 1983, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 5th day of September 2008.


                                           s/ David Bramlette
                                      UNITED STATES DISTRICT JUDGE